UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SANTIAGO PINEDA**, all others similarly situated under 29 U.S.C. 216 (b), and **MARIA PENA** Plaintiffs,<br><br>v.<br><br>**JTCH APARTMENTS, LLC** and **SIMONA VIZIREANU**, Defendants. | § § § § § § § § § § § Cause No. 3:13-cv-00588-B |

**PLAINTIFFS' ADDENDUM TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 29 U.S.C. § 216(b)**

COME NOW, Plaintiffs Santiago Pineda ("Pineda") and Maria Pena ("Pena") (collectively, "Plaintiffs"), through undersigned counsel, and file this Addendum to Plaintiffs' Motion for Attorneys' Fees Pursuant to 29 U.S.C. § 216(b), and would respectfully show as follows:

### INTRODUCTION

1. Currently before the Court are Plaintiffs' Motion for Attorney Fees Pursuant to 29 U.S.C. § 216(b) (**DE 96**) (hereinafter the "Fee Motion"), Plaintiffs' Motion for Imposition of Liquidated Damages and Entry of Judgment (**DE 97**) (hereinafter the "Liquidated Damages Motion"), Defendants' Response and Objection to Plaintiffs' Motion for Attorneys' Fees and Liquidated Damages (**DE 100**) (hereinafter the "Response"), and Plaintiffs' Reply Regarding Plaintiffs' Motion for Attorneys' Fees and Motion for Liquidated Damages (**DE 101**) (hereinafter, the "Reply").

2. Plaintiffs have incurred additional fees since filing Plaintiffs' Fee Motion totaling $3,801.00. The additional fees were incurred drafting and filing Plaintiffs' Reply (**DE**

**101**) and Plaintiffs' Response to Defendants' Rule 59 Motion to Alter or Amend Judgment and to Reurge Defendants' Rule 50 Motion for Judgment as a Matter of Law and Brief in Support. (**DE 99**). Those fees are based on 15.9 hours of work done by the following attorneys as set out in the accompanying ledger attached as Exhibit A:

| Attorney | Initials On Billing Records | Hourly Rates | Total Hours Worked On The Case | Total Fees |
|---|---|---|---|---|
| Robert Manteuffel, Esq. | RM | $350.00/hr. | 1.2 | **$420** |
| Joshua Petersen, Esq. | JAP | $230.00/hr. | 14.7 | **$3,381** |

3. In the interest of judicial economy, rather than file another supplemental fee motion which would result in the filing of an additional response and reply and creating a loop of motions, responses, and replies that could continue *ad infinitum*, Plaintiffs are filing this Addendum and ask the Court to take notice of the additional hours worked and fees incurred by Plaintiffs' counsel during the briefing of that followed the filing of Plaintiffs' Fee Motion.

**PRAYER**

WHEREFORE, the Plaintiffs respectfully request that the Court take account of these hours when preparing the final order on the Plaintiffs' Fee Motion.

                        Respectfully submitted,

By:   /s/ Joshua A. Petersen
        J.H. Zidell
        State Bar No. 24071840
        Email: zabogado@aol.com
        Robert L. Manteuffel
        State Bar No. 12957529
        Email: rlmanteuffel@sbcglobal.net
        Joshua A. Petersen
        State Bar No. 24085524
        Email: josh.a.petersen@gmail.com

**J.H. ZIDELL, P.C.**
6310 LBJ Freeway, Ste. 112
Dallas, Texas 75240
Tel:    972-233-2264
Fax:   972-386-7610

**ATTORNEYS FOR PLAINTIFF**

## VERIFICATION

On April/24/2015 appeared Robert L. Manteuffel who is personally known to me and affirmed that the contents and attachments to this addendum are correct.

_____
Robert L. Manteuffel

_____
NOTARY PUBLIC/STAMP

ROSA OWENS
Notary Public, State of Texas
My Commission Expires
December 09, 2018

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 24th day of April, 2015.

           /s/ Joshua A. Petersen
           Joshua A. Petersen
           COUNSEL FOR THE PLAINTIFF(S)