UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANTIAGO PINEDA and all others similarly situated under 29 U.S.C. 216(B), and MARIA PENA,<br><br>  Plaintiffs,<br><br>v.<br><br>JTCH APARTMENTS, LLC and SIMONA VIZIREANU,<br><br>  Defendants. | §§§§§§§§§§§§§ | CIVIL ACTION NO. 3:13-CV-0588-B |

## FINAL JUDGMENT

This Final Judgment is entered pursuant to the Court's Orders dated August 26, 2015 (doc. 103) and August 27, 2015 (doc. 105) and the jury's verdict (doc. 90) on Plaintiff's Santiago Pineda's claims against Defendants JTCH Apartments, LLC and Simona Vizireanu

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Santiago Pineda shall recover from Defendants JTCH Apartments, LLC and Simona Vizireanu, jointly and severally, the following:

1. $5,202.00 for Plaintiff's overtime and retaliation claims under the FLSA[1];

2. $1,426.50 in liquidated damages;

3. $76,732.88 in attorney's fees;

4. $7,947.33 in costs of court; and

---

[1] This figure is based on the jury's award of $1,426.50 in damages for unpaid overtime and $3,775.50 in damages for Defendants' retaliation against Plaintiff. *See* doc. 90, Jury Verdict.

     5.     Post-judgment interest at a rate of 0.39%.

All relief not granted is hereby **DENIED**.

**SO ORDERED.**

**SIGNED: August 28, 2015.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE