# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 04, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-10932   Santiago Pineda, et al v. JTCH Apartments,
                L.L.C., et al
                USDC No. 3:13-CV-588

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Cindy M. Broadhead, Deputy Clerk
504-310-7707

Ms. Nadine Rowena King-Mays
Mr. Robert Lee Manteuffel
Ms. Karen S. Mitchell
Mr. Jamie Harrison Zidell

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 15-10932

_____

SANTIAGO PINEDA, and all others similarly situated under 29 U.S.C. 216(B); MARIA PENA,

        Plaintiffs - Appellants Cross-Appellees

v.

JTCH APARTMENTS, L.L.C.; SIMONA VIZIREANU,

        Defendants - Appellees Cross-Appellants

_____

Appeals from the United States District Court for the
Northern District of Texas, Dallas

_____

Before JONES, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the opposed motion of appellant cross-appellee Santiago Pineda for the award of attorney fees is DENIED. With the remand of this case to the district court, attorney fees should be decided by that court.

IT IS FURTHER ORDERED that the opposed motion of appellant cross-appellee Santiago Pineda to remand case to the district court for determination of the amount of attorney fees is GRANTED.