UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SANTIAGO PINEDA, all others similarly situated under 29 U.S.C. 216 (b), and MARIA PENA<br>Plaintiffs,<br><br>v.<br><br>JTCH APARTMENTS, LLC and SIMONA VIZIREANU,<br>Defendants. | § § § § § § § § § § § § § Cause No. 3:13-cv-00588-B |

### AGREED ORDER GRANTING JOINT MOTION FOR RELEASE OF JUDGMENT AND FOR DISMISSAL WITH PREJUDICE

Came on for consideration this 3rd day of Aug, 2017, the Joint for Release of Judgment and for Dismissal with Prejudice filed by the parties, wherein the parties move the Court to dismiss all claims that have been or could have been brought by the parties in this cause with prejudice and to release the judgment entered in this case, with each of the parties to bear their own attorney's fees, costs and expenses incurred in this cause, and with the Court to retain jurisdiction until the funds from the Bonding Company clear the J.H. Zidell Client Trust Account, to enforce the terms of the Settlement Agreement entered into by the parties. The Court, having reviewed the Motion, is of the opinion that Motion should be GRANTED.

Accordingly, it is ORDERED that: 1) all claims that were or could have been brought by the parties in this case are dismissed with prejudice, with each of the parties to bear their own attorneys' fees, costs and expenses incurred in this cause; 2) the judgment entered in this case is hereby released; and, 3) the Court will retain jurisdiction until the funds from the Bonding Company clear the J.H. Zidell Client Trust Account, to enforce the terms of the Settlement Agreement entered into by the parties. It is further ordered that plaintiffs will file a notice with the Court within two (2) business days of the funds from the Bonding Company clearing the aforementioned trust account.

Signed this 3rd day of Aug, 2017.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

Agreed and approved as to form and for entry:

By: s/ Joshua A. Petersen
    Joshua A. Petersen, Counsel for Plaintiffs

and

By: s/ Nadine R. King-Mays (w/ permission)
    Nadine R. King-Mays, Counsel for Defendants